1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MARIO BUENROSTRO-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-CR-00055 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO ADVANCE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) ) | Date:  August 26, 2013 |
| MARIO BUENROSTRO-LOPEZ | ) | Time:  10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Mario Buenrostro-Lopez, that the date for status conference may be advanced to August 26, 2013. **The date currently set for status conference is September 3, 2013. The requested new date is August 26, 2013, at 10:00 a.m.**

The government's fast track plea offer has been signed and filed, Mr. Buenrostro-Lopez has received and reviewed the Advisory Guideline Presentence Investigation Report (PSR), and all parties are in agreement regarding the recommended sentence. Because there is nothing more to be done prior to the change of plea and sentencing, defendant Mario Buenrostro-Lopez requests that the status conference be advanced in order to bring finality to this matter and to minimize the amount of time spent in the Fresno County Jail.

1  Assistant U.S. Attorney Mia A. Giacomazzi has no objection to this request. The parties agree that
2  advancing the change of plea and sentencing date in this matter will further the ends of justice.

BENJAMIN B. WAGNER
United States Attorney

DATED:  August 22, 2013   By: /s/ Mia A. Giacomazzi
MIA A. GIACOMAZZI
Assistant U.S. Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: August 22, 2013   By: /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
MARIO BUENROSTRO-LOPEZ

**ORDER**

IT IS SO ORDERED.

Dated:   August 22, 2013

SENIOR  DISTRICT  JUDGE